No. 91–1994.  HARRIS *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 91–1995.  GARNER *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 91–1996.  MARENO ET UX. *v.* ANESTHESIA ASSOCIATES OF MT. KISCO.  App. Term, Sup. Ct. N. Y., 9th and 10th Jud. Dists.  Certiorari denied.

No. 91–1997.  BOGGS ET AL. *v.* JONES ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 91–1999.  HARWELL *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 91–2000.  MULLIKIN *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 91–2001.  VOGEL *v.* CITY OF CINCINNATI ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 91–2002.  U. E. ENTERPRISES, INC., ET AL. *v.* NEW YORK CHINESE TV PROGRAMS, INC.  C. A. 2d Cir.  Certiorari denied.

No. 91–2005.  SIMMONS *v.* GENERAL ELECTRIC CO. ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 91–2007.  PARRACK *v.* TEXAS A & M UNIVERSITY ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 91–2008.  MURPHY *v.* ALABAMA.  Ct. Crim. App. Ala.  Certiorari denied.

No. 91–2009.  CONTINENTAL/AIR MICRONESIA ET AL. *v.* NATIONAL MEDIATION BOARD.  C. A. D. C. Cir.  Certiorari denied.

No. 91–2010.  BROWN-FORMAN CORP. *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 6th Cir.  Certiorari denied.

No. 91–2011.  DIGIOVANNI *v.* TRAYLOR BROTHERS, INC.  C. A. 1st Cir.  Certiorari denied.